DAVIDSON MINING, INC., Petitioner,

v.

Joe R. WILCOXEN; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.

No. 05–1929.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2006.

Decided: Jan. 26, 2007.

Anthony J. Cicconi, Shaffer & Shaffer, PLLC, Charleston, West Virginia, for Petitioner. Roger D. Forman, Forman & Huber, LC, Charleston, West Virginia, for Respondent Joe R. Wilcoxen.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Davidson Mining, Inc., seeks review of the Benefits Review Board's ("Board") decision and order affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. *Davidson*

*Mining, Inc. v. Wilcoxen*, No. 04–818–BLA (B.R.B. June 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*